**John P. Hallissy, State Bar No. 155120**
**Sacino, Bertolino, Hallissy & Raley**
**A Professional Corporation**
608 University Avenue
Sacramento, CA 95825
(916) 649-2214-Telephone
(916) 649-9241-Facsimile

Attorney for Plaintiff
Mercury Casualty Company, A California Corporation

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO

|  |  |
|---|---|
| MERCURY CASUALTY COMPANY, A California Corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>TIMOTHY BUEGE, YORKTOWN ARMS APARTMENTS, TC PROPERTY MANAGEMENT, MICHAEL GAVIN, JOSE DOE, SHERRY MONTGOMERY, MARY BUCHANAN, JEWELL FOWLER AND JULIE CHRISTIAN, and DOES 1 THROUGH 20, INCLUSIVE,<br><br>              Defendants. | **Case No.:  2:07-CV-01264-MCE-EFB**<br><br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND ORDER** |

      Pursuant to Federal Rule of Civil Procedure 41 and Local Rule 16-160 of the

U.S. District Court for the Eastern District of California, request is hereby made that the

above-entitled action by plaintiff Mercury Casualty Company against Timothy Buege,

Yorktown Arms Apartments, TC Property Management, Michael Gavin, Jose Doe,

Sherry Montgomery, Mary Buchanan, Jewell Fowler and Julie Christian, and Does 1

REQUEST FOR DISMISSAL WITHOUT PREJUDICE- 1

PDF created with pdfFactory trial version www.pdffactory.com

through 20, inclusive, be dismissed, without prejudice, and that each party bear their

own costs and fees.

Dated:  June 20, 2007

SACINO, BERTOLINO, HALLISSY & RALEY

/s/
By:   // John P. Hallissy
JOHN P. HALLISSY
Attorney for Plaintiff
Mercury Casualty Company, A
California Corporation

IT IS SO ORDERED

DATED: 06/23/2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

REQUEST FOR DISMISSAL WITHOUT PREJUDICE- 2